IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **AZRIEL MORGAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-CV-00954-O |
| | § | |
| **PAYCOM PAYROLL, LLC,** | § | |
| | § | |
| Defendant. | § | |

## JOINT STATUS REPORT AND NOTICE OF SETTLEMENT

Plaintiff Azriel Morgan and Defendant Paycom Payroll, LLC (collectively, "the Parties"), submit their Joint Status Report and Notice of Settlement and state:

The Parties have reached a settlement agreement which resolves all disputes in this litigation. The Parties anticipate submitting dismissal pleadings to this Court within thirty (30) days of the filing of this Joint Status Report and Notice of Settlement.

|  | Respectfully submitted, |
|---|---|
| /s/ Christian Jenkins (with permission) | /s/ Jamie B. Ashton |
| Christian Jenkins | Jamie B. Ashton |
| TX 10625500 | TX 24087211 |
| Jenkins5@aol.com | Jamie.Ashton@ogletree.com |
| Law Offices of Christian Jenkins | N. Cam Ruk |
| Old Town Office Plaza | TX 24144252 |
| 1307-B W. Abram, Suite 100 | Cam.Ruk@ogletree.com |
| Arlington, Texas 76013 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| Telephone: (817) 461-1278 | Preston Commons West |
| Fax: (206) 339-3706 | 8117 Preston Road, Suite 500 |
|  | Dallas, TX  75225 |
| **ATTORNEYS FOR PLAINTIFF** | Telephone: (214) 987-3800 |
|  | Fax: (214) 987-3927 |
|  | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all of the counsel of record.

/s/*Jamie B. Ashton*
Jamie B. Ashton